```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ESSO EXPLORATION & PRODUCTION           :
NIGERIA LTD., *et ano.*,                :    14cv8445
                                        :
            Petitioners,                :    ORDER
                                        :
    -against-                           :
                                        :
NIGERIAN NATIONAL PETROLEUM             :
CORP.,                                  :
                                        :
            Respondent.                 :
----------------------------------------X

WILLIAM H. PAULEY III, District Judge:

        Petitioners' counsel are directed to file a status report in this matter by January 12, 2015.

Dated: November 17, 2014
      New York, New York

                                    SO ORDERED:

                                    WILLIAM H. PAULEY III
                                           U.S.D.J.

*Counsel of Record:*

Michael Lacovara, Esq.
David Y. Livshiz, Esq.
Elliott Friedman, Esq.
Rebecca L. Everhardt, Esq.
Freshfields Bruckhaus Deringer LLP
601 Lexington Avenue
New York, NY 10022
*Counsel for Petitioners*