# Freshfields Bruckhaus Deringer US LLP

**BY ECF AND HAND**

The Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1920
New York, NY 10007-1312

**DAVID LIVSHIZ**
601 Lexington Avenue
31st Floor
New York, NY  10022
Tel +1 212 284 4979
Fax +1 646 521 5779
david.livshiz@freshfields.com

July 10, 2018

Re:   Esso Exploration and Production Nigeria Limited and Shell Nigeria Exploration and Production Company Limited v. Nigerian National Petroleum Corporation, Case No. 14-cv-08445 (WHP)

Dear Judge Pauley:

We represent Petitioners in the above-captioned action.

Pursuant to Your Honor's order, ECF No. 150, we write to provide to the Court and Respondent's counsel dial-in information for the Telephone Conference the Court scheduled for July 11, 2018, at 11:30 A.M.

The dial-in telephone number is: 1-855-369-7530.

The participant pin is: 60988434.

Respectfully,

*[signature: David Livshiz]*

David Livshiz

Cc: All Counsel of Record (via ECF)