UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESSO EXPLORATION AND PRODUCTION NIGERIA LIMITED and SHELL NIGERIA EXPLORATION AND PRODUCTION COMPANY LIMITED,

    Petitioners,

– against –

NIGERIAN NATIONAL PETROLEUM CORPORATION,

    Respondent.

14-cv-08445

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

  The parties having appeared for a telephonic status conference on July 11, 2018, this Court adopts the following schedule:

1. Respondent shall produce documents related to the newly discovered bank account—as detailed in Petitioner's July 3, 2018 letter (ECF NO. 149)—by July 25, 2018.

2. Respondent shall produce all Alter Ego Documents by August 1, 2018. If Respondent cannot produce such documents, it shall file an affidavit in lieu of production, detailing their efforts to find the Alter Ego Documents, why they cannot be found, and why they were not preserved.

3. The parties shall complete jurisdictional document discovery, including production of Electronically Stored Information related to current employees by August 17, 2018.

4. Petitioners shall depose NNPC's corporate representative by September 14, 2018.

5. The deadline for Petitioners to amend the Petition shall be October 12, 2018.

6. Respondent's renewed motion to dismiss shall be filed by November 9, 2018.

7. Petitioners' opposition brief shall be filed by December 7, 2018.

8. Respondent's reply brief shall be filed by December 18, 2018.

9. Oral argument on the motion to dismiss shall be held on January 18, 2019 at 11:30 a.m.

Dated: July 12, 2018
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

2